# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LANAYA SCOTT o/b/o J.L., | CIVIL ACTION |
| Plaintiff | |
| v. | NO. 15-6280 |
| NANCY A. BERRYHILL,[1] ACTING COMMISSIONER OF SOCIAL SECURITY, | FILED MAY 03 2017 |
| Defendant | KATE BARKMAN, Clerk by _____ Dep. Clerk |

## ORDER

AND NOW, this 3 day of MAY, 2017, upon consideration of Plaintiff's Brief and Statement of Issues in Support of Request for Review (Docket No. 15-1) filed May 16, 2016; upon consideration of Defendant's Response to Request for Review of Plaintiff (Docket No. 17) filed June 14, 2016; upon consideration of Plaintiff's Reply in Support of Request for Review (Docket No. 21) filed July 18, 2016, and after review of the Report and Recommendation of United States Magistrate Judge Henry S. Perkin dated March 17, 2017, IT IS ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED; and

2. The relief sought by Plaintiff is GRANTED in part as described below;

3. The case is REMANDED to the Commissioner pursuant to the fourth sentence of 42 U.S.C. § 405(g), and in accordance with the Report and Recommendation; and

4. In all other respects, Plaintiff's request for relief is DENIED.

BY THE COURT:

_____
BERLE M. SCHILLER, J.

---

[1] On January 23, 2017, Nancy A. Berryhill became the Acting Commissioner of the Social Security Administration and, therefore, she should be automatically substituted as the Defendant in this action. See Fed. R. Civ. P. 25(d).